IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KIMBERLY L. BURNS                                                      PLAINTIFF

v.                      NO. 1:04CV00055 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed in this matter this date, the Court hereby affirms the final determination of the Commissioner and dismisses Plaintiff's complaint with prejudice; the relief sought is denied.

IT IS SO ORDERED this 25th day of July, 2005.


_____
UNITED STATES MAGISTRATE JUDGE